UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

JOHN MICHAEL SNOOK,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

### Felon in Possession of a Firearm

On or about March 18, 2020, in Kalamazoo, Calhoun, and Branch Counties, in the Southern Division of the Western District of Michigan, the defendant,

**JOHN MICHAEL SNOOK**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed one or more firearms, namely (i) a loaded Hi-Point .380 ACP semi-automatic pistol, serial number P8161149; and (ii) an SKS 7.62 x 39mm semi-automatic rifle, serial number 562682, and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 921(a)

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment,

## JOHN MICHAEL SNOOK

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, (i) a loaded Hi-Point .380 ACP semi-automatic pistol, serial number P8161149; and (ii) an SKS 7.62 x 39mm semi-automatic rifle, serial number 562682.

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
PATRICK J. CASTLE
Assistant United States Attorney